**Order entered May 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00486-CV

**CROSSROADS FINANCIAL, LLC, Appellant**

**V.**

**A.D.I.M. GLOBAL CO. LTD, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14416**

## ORDER

We **GRANT** the May 10, 2016 unopposed motion of attorney Philip J. Landau for admission *pro hac vice*. We **DIRECT** the Clerk of this Court to add Mr. Landau as counsel *pro hac vice* for appellant.

/s/     ELIZABETH LANG-MIERS
        JUSTICE